**Order entered November 5, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01052-CV

### NEELY MOLDOVAN, ET AL., Appellants

### V.

### ANDREA POLITO, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-03069**

## ORDER

We **GRANT** appellants' November 4, 2015 motion for an extension of time to file a brief. Appellants shall file a brief by **NOVEMBER 30, 2015**. We caution appellants that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
JUSTICE